AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>COHN, AVERN L. | 2. Court or Organization<br><br>U.S. DISTRICT COURT-MICHIGAN | 3. Date of Report<br><br>05/07/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE-SENIOR | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>219 FEDERAL BUILDING<br>AND U.S. COURTHOUSE<br>DETROIT, MICHIGAN 48226 |
|---|
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/07/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/07/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INTEL CORP | D | Dividend | N | T | | | | | |
| 2. PROCTER & GAMBLE (FORMERLY GILLETTE) | A | Dividend | K | T | | | | | |
| 3. ROYAL DUTCH PETROLEUM | D | Dividend | L | T | | | | | |
| 4. SCHLUMBERGER, LTD. | C | Dividend | M | T | | | | | |
| 5. KIMBERLY CLARK | D | Dividend | M | T | | | | | |
| 6. WALT DISNEY CO. | C | Dividend | M | T | | | | | |
| 7. QUALCOMM INC | B | Dividend | M | T | | | | | |
| 8. BOEING | D | Dividend | N | T | Donated (part) | | | | |
| 9. ARCHER DANIELS MIDLAND | B | Dividend | L | T | | | | | |
| 10. RAYTHEON NEW | C | Dividend | M | T | | | | | |
| 11. JOHNSON & JOHNSON | C | Dividend | M | T | | | | | |
| 12. PEPSICO | C | Dividend | M | T | | | | | |
| 13. LOCKHEED MARTIN | C | Dividend | M | T | | | | | |
| 14. ISHARES TR RUSSELL 2000 VALUE INDEX FUND | B | Dividend | L | T | | | | | |
| 15. ISHARES TR S&P MIDCAP 400/BARRA VAL | C | Dividend | N | T | | | | | |
| 16. ISHARES S&P MIDCAP 400/BARRA GR IDX | D | Dividend | N | T | Donated (part) | | | | |
| 17. BAXTER INTL | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. EMCOR GROUP INC. | A | Dividend | M | T | | | | | |
| 19. PRAXAIR INC | C | Dividend | M | T | | | | | |
| 20. THE HOWARD HUGHES CORP | | None | N | T | | | | | |
| 21. ISHARES TR MSCI EMERGING MKTS INDX FUND | A | Dividend | | | Donated | | | | |
| 22. ISHARES RUSSELL 2000 GROWTH INDX FUND | A | Dividend | K | T | Donated (part) | | | | |
| 23. | | | | | Donated (part) | | | | |
| 24. CHUBB LTD | B | Dividend | M | T | | | | | |
| 25. IBM | C | Dividend | M | T | | | | | |
| 26. CHEMICAL FINANCIAL CORP-FKA TALMER BANCORP-VIA MERGER | A | Dividend | K | T | | | | | |
| 27. GRAHAM HOLDINGS CO | A | Dividend | L | T | | | | | |
| 28. CABLE ONE INC | A | Dividend | L | T | | | | | |
| 29. CHEVRON CORP | C | Dividend | L | T | | | | | |
| 30. PIONEER NAT RES CO | A | Dividend | K | T | | | | | |
| 31. CELGENE CORP | | None | M | T | | | | | |
| 32. ISHARES MSCI EX-JAPAN INDEX FD | D | Dividend | N | T | | | | | |
| 33. DODGE & COX INTL FUND | D | Dividend | N | T | | | | | |
| 34. ISHARES TR RUSSELL 1000 VALUE INDEX FD | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TROWE PRICE NEW ASIA FD | D | Dividend | N | T | | | | | |
| 36. PAYDEN & RYGEL INV GRP | D | Dividend | | | Sold | 10/27/17 | M | D | |
| 37. PRIMECAP ODYSSEY STK FUND | B | Dividend | M | T | | | | | |
| 38. GATEWAY FUND | B | Dividend | | | Sold | 10/27/17 | M | E | |
| 39. JOHN HANCOCK LARGE CAP EQUITY FUND | D | Dividend | N | T | | | | | |
| 40. SPDR S&P 500 TRUST | D | Dividend | N | T | | | | | |
| 41. PARNASSUS INCOME TR CORE EQUITY FD | B | Dividend | | | Sold | 10/27/17 | M | E | |
| 42. PIMCO INCOME FD | E | Dividend | N | T | | | | | |
| 43. PIMCO SHORT TERM FD | B | Dividend | | | Sold | 07/14/17 | N | C | |
| 44. INVESCO CORE PLUS BOND FUND | E | Dividend | N | T | | | | | |
| 45. EATON VANCE MUN OPP FUND | B | Dividend | N | T | | | | | |
| 46. HARTFORD MUN OPP FUND | A | Dividend | M | T | | | | | |
| 47. DEUTSCHE CROCI INTL FUND | E | Dividend | O | T | | | | | |
| 48. BARON EMERGING MKTS FUND | A | Dividend | M | T | Buy | 10/27/17 | M | | |
| 49. GUGGENHEIM TOTAL RETURN BOND FUND | D | Dividend | N | T | Buy | 01/26/17 | N | | |
| 50. VIRTUS KAR MCAP CORE | | None | M | T | Buy | 10/27/17 | L | | |
| 51. TROWE PRICE INTL DISCOVERY FUND | B | Dividend | M | T | Buy | 10/27/17 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. JOHN HANCOCK INTL GROWTH FD | B | Dividend | N | T | Buy | 07/14/17 | N | | |
| 53. | | | | | Buy (add'l) | 10/27/17 | K | | |
| 54. OCH-ZFF OZD II PRIVATE INVESTORS HEDGE FUND | D | Dividend | O | T | | | | | |
| 55. XSPRADA CORP SER B CONV PFD | | None | M | T | | | | | |
| 56. ALGEBRAIX DATA CORP | | None | N | T | | | | | |
| 57. BELLEVILLE NORTH VENTURE-BELLEVILLE, MI | A | Interest | L | U | | | | | |
| 58. HUNTINGTON GARDEN APTS.OAK PARK, MI | F | Rent | L | U | | | | | |
| 59. HUNTINGTON GARDEN APTS. | F | Distribution | L | U | | | | | |
| 60. LANCASTER HILLS APTS. CO.-SOUTHFIELD, MI | F | Rent | M | U | | | | | |
| 61. LANCASTER HILLS APTS. CO. | F | Distribution | M | U | | | | | |
| 62. FRANKEL-NODLEHS- BLOOMFIELD HILLS, MI | | None | K | U | | | | | |
| 63. BLOOMFIELD VILLAGE SQUARE-BLMFLD HILLS, MI | F | Distribution | J | U | | | | | |
| 64. BLOOMFIELD VILLAGE SQUARE-BLOOMFIELD HILLS, MI | G | Rent | J | U | | | | | |
| 65. BLOOMFIELD VILLAGE SQUARE-BLOOMFIELD HILLS, MI | B | Interest | J | U | | | | | |
| 66. BLOOMFIELD VILLAGE SQUARE-BLOOMFIELD HILLS, MI | A | Dividend | J | U | | | | | |
| 67. FERRIS PARK TOWERS-LANSING, MI | E | Rent | L | U | | | | | |
| 68. FERRIS PARK TOWERS | B | Interest | L | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FERRIS PARK TOWERS | A | Dividend | L | U | | | | | |
| 70. FERRIS PARK TOWERS | E | Distribution | L | U | | | | | |
| 71. BELLEVILLE NORTH MARSH-BELLEVILLE, MI VENTURE-BELLEVILLE, MI | A | Rent | L | U | | | | | |
| 72. DIXIE PROPERTIES | A | Interest | M | U | | | | | |
| 73. DIXIE PROPERTIES-WATERFORD, MI | E | Rent | M | U | | | | | |
| 74. DIXIE PROPERTIES | E | Distribution | M | U | | | | | |
| 75. BLOOMFIELD PLAZA, LLC-BLOOMFIELD HILLS, MI | G | Rent | N | U | | | | | |
| 76. BLOOMFIELD PLAZA, LLC | A | Interest | N | U | | | | | |
| 77. BLOOMFIELD PLAZA, LLC | G | Distribution | N | U | | | | | |
| 78. GGP OPERATING PARTNERSHIP-MULTI STATE | G | Rent | P2 | U | | | | | |
| 79. GGP OPERATING PARTNERSHIP | E | Interest | P2 | U | | | | | |
| 80. GGP OPERATING PARTNERSHIP | G | Dividend | P2 | U | | | | | |
| 81. GGP OPERATING PARTNERSHIP | G | Distribution | P2 | U | | | | | |
| 82. EATON NURSERY SALES-BIRMINGHAM, MI | E | Rent | K | U | | | | | |
| 83. EATON NURSERY SALES | E | Distribution | K | U | | | | | |
| 84. WOODFORD APT. HOTEL CO.-BLOOMFIELD HILLS, MI | C | Rent | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | WOODFORD APT. HOTEL CO. | C | Distribution | K | U | | | | | |
| 86. | NORTH HILL CENTER, LLC-ROCHESTER, MI | F | Rent | N | U | | | | | |
| 87. | NORTH HILL CENTER, LLC. | A | Interest | N | U | | | | | |
| 88. | NORTH HILL CENTER, LLC | F | Distribution | N | U | | | | | |
| 89. | BLOOMFIELD PLAZA II LLC-BLOOMFIELD HILLS, MI | A | Interest | K | U | | | | | |
| 90. | BLOOMFIELD PLAZA II LLC-BLOOMFIELD HILLS, MI | F | Rent | K | U | | | | | |
| 91. | BLOOMFIELD PLAZA II LLC | F | Distribution | K | U | | | | | |
| 92. | DALLAS GROUP INVESTORS, LLC-TEXAS | D | Distribution | J | U | | | | | |
| 93. | DALLAS GROUP INVESTORS, LLC | A | Interest | J | U | | | | | |
| 94. | MD ST & LOC FACS LN PUBLIC IMPS BOND | A | Interest | K | T | | | | | |
| 95. | CENTRAL BUCKS PA SCHOOL BOND | D | Interest | M | T | | | | | |
| 96. | NY CITY TRANSITIONAL FIN AUTH REV FUTURE TAX BOND | C | Interest | L | T | | | | | |
| 97. | FARGO, NORTH DAKOTA BOND | C | Interest | L | T | | | | | |
| 98. | MO STATE BOARD OF PUBLIC SCHOOLS BOND | C | Interest | L | T | | | | | |
| 99. | JOHNSON CNTY KANSAS INTERNAL IMPT UNLIMITED TAX BOND | C | Interest | L | T | | | | | |
| 100. | CT STATE REVOLVING FD GEN REV BOND | C | Interest | L | T | | | | | |
| 101. | SNOHMISH CNTY WA SCH DIST BOND | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | P2 =$5,000,001 - $25,000,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. MEMPHIS TN REF-GEN UNLIMITED TAX BOND | B | Interest | L | T | | | | | |
| 103. RICHLAND WA WATERWORKS UTIL REV REF BOND | B | Interest | L | T | | | | | |
| 104. UNIV OF AL GEN REV BOND | B | Interest | L | T | | | | | |
| 105. NY STATE DORM AUTH ST PERS INC TAX REV REF-SER A BOND | B | Interest | L | T | | | | | |
| 106. MARSHALL MI SCHOOLS BOND DIST RFDG G/O BOND | C | Interest | L | T | | | | | |
| 107. FRANKFORT ELBERTA MI AREA SCHLS RFDG G/O UNLTD BOND | D | Interest | N | T | | | | | |
| 108. CONDOMINIUM-CHARLEVOIX,MI. | | None | M | W | | | | | |
| 109. SPOUSES HOLDINGS: | | None | | | | | | | |
| 110. EXXON/MOBIL CORP | A | Dividend | | | Sold (part) | 01/19/17 | K | A | |
| 111. | | | | | Sold (part) | 02/07/17 | J | A | |
| 112. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 113. | | | | | Buy (add'l) | 05/08/17 | J | | |
| 114. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 115. | | | | | Sold | 08/24/17 | K | A | |
| 116. CATERPILLAR | A | Dividend | K | T | Sold (part) | 03/08/17 | J | A | |
| 117. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 118. | | | | | Buy (add'l) | 05/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Buy (add'l) | 06/09/17 | J | | |
| 120. | | | | | Sold (part) | 08/17/17 | J | A | |
| 121. | | | | | Sold (part) | 08/24/17 | J | A | |
| 122. APPLE | B | Dividend | L | T | Buy (add'l) | 08/08/17 | J | | |
| 123. | | | | | Sold (part) | 10/09/17 | J | A | |
| 124. COSTCO WHOLESALE | B | Dividend | K | T | Buy (add'l) | 05/05/17 | J | | |
| 125. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 126. | | | | | Sold (part) | 08/24/17 | J | A | |
| 127. SSGA US GOV M/M FUND | A | Dividend | L | T | | | | | |
| 128. WALT DISNEY | A | Dividend | K | T | Buy (add'l) | 03/16/17 | J | | |
| 129. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 130. | | | | | Sold (part) | 08/24/17 | K | A | |
| 131. | | | | | Sold (part) | 09/29/17 | J | A | |
| 132. BRISTOL MYERS SQUIBB | A | Dividend | | | Sold | 01/20/17 | J | A | |
| 133. AMERICAN WATER WORKS | A | Dividend | K | T | Sold (part) | 01/27/17 | J | B | |
| 134. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 135. | | | | | Sold (part) | 08/24/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. BOEING | | None | | | Sold | 01/27/17 | K | A | |
| 137. VISA | A | Dividend | K | T | | | | | |
| 138. FORD MOTOR CO | A | Dividend | J | T | Buy (add'l) | 01/25/17 | J | | |
| 139. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 140. | | | | | Sold (part) | 07/13/17 | J | A | |
| 141. HOME DEPOT | B | Dividend | L | T | | | | | |
| 142. ECOLAB INC | A | Dividend | L | T | | | | | |
| 143. UNDER ARMOUR INC | | None | | | Sold | 01/25/17 | K | A | |
| 144. LOCKHEED MARTIN | B | Dividend | L | T | Sold (part) | 01/25/17 | J | A | |
| 145. PALO ALTO NETWORKS | | None | | | Buy (add'l) | 01/25/17 | J | | |
| 146. | | | | | Sold | 03/01/17 | J | A | |
| 147. DOW CHEMICAL | | None | | | Sold | 01/20/17 | K | A | |
| 148. AMAZON.COM | | None | L | T | Buy (add'l) | 05/30/17 | K | | |
| 149. | | | | | Sold (part) | 10/09/17 | K | A | |
| 150. NETFLIX INC | | None | K | T | Buy (add'l) | 05/30/17 | J | | |
| 151. | | | | | Sold (part) | 08/09/17 | J | A | |
| 152. | | | | | Sold (part) | 10/09/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153.  US BANCORP | A | Dividend | L | T | | | | | |
| 154.  RAYTHEON CO | A | Dividend | L | T | | | | | |
| 155.  ALPHABET INC. | | None | M | T | Buy (add'l) | 05/26/17 | J | | |
| 156. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 157. | | | | | Buy (add'l) | 06/09/17 | J | | |
| 158. | | | | | Sold (part) | 09/25/17 | J | A | |
| 159. | | | | | Sold (part) | 10/09/17 | K | A | |
| 160.  FACEBOOK INC | | None | L | T | Buy (add'l) | 05/08/17 | J | | |
| 161. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 162. | | | | | Buy (add'l) | 08/04/17 | J | | |
| 163. | | | | | Sold (part) | 09/28/17 | K | A | |
| 164.  SHERWIN WILLIAMS INC. | A | Dividend | L | T | | | | | |
| 165.  NEXTERA ENERGY | | None | J | T | | | | | |
| 166.  COMCAST CORP | A | Dividend | K | T | Buy (add'l) | 03/31/17 | J | | |
| 167. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 168. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 169. | | | | | Buy (add'l) | 05/25/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 171. | | | | | Sold (part) | 09/20/17 | K | A | |
| 172. APACHE CORP | A | Dividend | | | Buy (add'l) | 01/25/17 | J | | |
| 173. | | | | | Sold | 04/12/17 | K | A | |
| 174. PIONEER NAT RESOURCES | A | Dividend | L | T | Sold (part) | 08/02/17 | J | A | |
| 175. WEYERHAUSER REIT | B | Dividend | K | T | Sold (part) | 01/19/17 | J | A | |
| 176. EDWARDS LIFESCIENCES | | None | | | Sold | 01/05/17 | J | A | |
| 177. MEDTRONIC PLC | A | Dividend | K | T | Buy (add'l) | 05/05/17 | J | | |
| 178. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 179. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 180. | | | | | Buy (add'l) | 06/07/17 | J | | |
| 181. | | | | | Sold (part) | 09/27/17 | K | A | |
| 182. | | | | | Sold (part) | 09/29/17 | J | A | |
| 183. HENRY SCHEIN INC | | None | | | Buy (add'l) | 01/25/17 | J | | |
| 184. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 185. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 186. | | | | | Sold | 10/23/17 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. STRYKER CORP | A | Dividend | K | T | Buy (add'l) | 05/05/17 | J | | |
| 188. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 189. | | | | | Sold (part) | 07/13/17 | K | A | |
| 190. HONEYWELL INTL | B | Dividend | L | T | | | | | |
| 191. WASTE MANGEMENT | A | Dividend | K | T | Buy (add'l) | 01/25/17 | J | | |
| 192. | | | | | Sold (part) | 04/13/17 | K | A | |
| 193. SOUTHWEST AIRLINES | A | Dividend | | | Buy (add'l) | 01/03/17 | J | | |
| 194. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 195. | | | | | Buy (add'l) | 03/16/17 | J | | |
| 196. | | | | | Buy (add'l) | 03/31/17 | J | | |
| 197. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 198. | | | | | Buy (add'l) | 05/08/17 | J | | |
| 199. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 200. | | | | | Sold | 08/24/17 | K | A | |
| 201. BARRICK GOLD CORP | A | Dividend | | | Sold (part) | 03/15/17 | J | A | |
| 202. | | | | | Sold | 04/12/17 | K | B | |
| 203. MONSANTO | A | Dividend | | | Sold | 03/16/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. MCDONALDS CORP | A | Dividend | K | T | Buy | 08/24/17 | K | | |
| 205. CONSTELLATION BRANDS CL A | A | Dividend | K | T | Buy | 08/24/17 | K | | |
| 206. DEVON ENERGY CORP | A | Dividend | K | T | Buy | 10/09/17 | K | | |
| 207. PHILLIPS 66 | A | Dividend | K | T | Buy | 08/24/17 | K | | |
| 208. CHUBB LTD | A | Dividend | L | T | Buy | 10/09/17 | L | | |
| 209. SUNTRUST BANK INC | A | Dividend | L | T | Buy | 08/24/17 | L | | |
| 210. PROLOGIS INC REIT | A | Dividend | J | T | Buy | 07/13/17 | J | | |
| 211. | | | | | Buy (add'l) | 07/17/17 | J | | |
| 212. | | | | | Sold (part) | 08/10/17 | K | A | |
| 213. GENERAL DYNAMICS CORP | A | Dividend | K | T | Buy | 05/05/17 | J | | |
| 214. | | | | | Buy (add'l) | 05/08/17 | J | | |
| 215. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 216. | | | | | Buy (add'l) | 07/14/17 | J | | |
| 217. | | | | | Sold (part) | 09/22/17 | K | A | |
| 218. STANLEY BLACK & DECKER | | None | J | T | Buy | 10/09/17 | J | | |
| 219. UNION PACIFIC CORP | A | Dividend | K | T | Buy | 05/08/17 | J | | |
| 220. | | | | | Buy (add'l) | 05/16/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 222. | | | | | Sold (part) | 10/18/17 | K | A | |
| 223. MICROSOFT CORP | A | Dividend | K | T | Buy | 05/05/17 | K | | |
| 224. NVIDIA CORP | A | Dividend | K | T | Buy | 08/24/17 | K | | |
| 225. SALESFORCE.COM INC | | None | K | T | Buy | 05/08/17 | J | | |
| 226. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 227. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 228. | | | | | Sold (part) | 10/25/17 | J | B | |
| 229. INTERNATIONAL PAPER CO | A | Dividend | K | T | Buy | 05/30/17 | K | | |
| 230. NUCOR CORP | A | Dividend | K | T | Buy | 03/16/17 | J | | |
| 231. | | | | | Buy (add'l) | 03/31/17 | J | | |
| 232. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 233. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 234. | | | | | Buy (add'l) | 05/08/17 | J | | |
| 235. | | | | | Sold (part) | 10/25/17 | J | A | |
| 236. ALBERMARLE CORP | A | Dividend | | | Buy | 06/08/17 | J | | |
| 237. | | | | | Sold | 06/15/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. HESS CORP | A | Dividend | | | Buy | 05/05/17 | J | | |
| 239. | | | | | Sold | 06/30/17 | J | A | |
| 240. IBM CORP | A | Dividend | | | Buy | 02/06/17 | J | | |
| 241. | | | | | Sold | 07/13/17 | J | A | |
| 242. KRAFT HEINZ CORP | A | Dividend | | | Buy | 04/19/17 | J | | |
| 243. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 244. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 245. | | | | | Buy (add'l) | 05/08/17 | J | | |
| 246. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 247. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 248. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 249. | | | | | Sold | 09/20/17 | K | A | |
| 250. SCHLUMBERGER LTD | A | Dividend | | | Buy | 01/11/17 | J | | |
| 251. | | | | | Buy (add'l) | 01/18/17 | J | | |
| 252. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 253. | | | | | Buy (add'l) | 03/16/17 | J | | |
| 254. | | | | | Buy (add'l) | 03/31/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 256. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 257. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 258. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 259. | | | | | Sold | 06/21/17 | K | A | |
| 260. TENCENT HOLDINGS LTD | A | Dividend | | | Buy | 01/25/17 | J | | |
| 261. | | | | | Buy (add'l) | 03/16/17 | J | | |
| 262. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 263. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 264. | | | | | Buy (add'l) | 05/30/17 | K | | |
| 265. | | | | | Sold | 07/13/17 | L | C | |
| 266. ABIOMED INC | | None | | | Buy | 08/28/17 | J | | |
| 267. | | | | | Sold | 09/25/17 | J | A | |
| 268. ACTIVISION BLIZZARD INC | | None | | | Buy | 05/22/17 | J | | |
| 269. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 270. | | | | | Buy (add'l) | 07/17/17 | J | | |
| 271. | | | | | Sold | 10/25/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. BERSHIRE HATHAWAY | | None | | | Buy | 09/01/17 | K | | |
| 273. | | | | | Sold | 10/02/17 | K | A | |
| 274. BOSTON SCIENTIFIC | | None | | | Buy | 09/27/17 | K | | |
| 275. | | | | | Sold | 12/04/17 | K | A | |
| 276. CELGENE CORP | | None | | | Buy | 09/29/17 | J | | |
| 277. | | | | | Sold | 10/27/17 | J | A | |
| 278. DEERE & CO | | None | | | Buy | 10/12/17 | J | | |
| 279. | | | | | Buy (add'l) | 12/04/17 | J | | |
| 280. | | | | | Buy (add'l) | 12/11/17 | J | | |
| 281. | | | | | Sold | 12/19/17 | K | C | |
| 282. DOMINOS PIZZA | A | Dividend | | | Buy | 04/27/17 | J | | |
| 283. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 284. | | | | | Buy (add'l) | 05/08/17 | J | | |
| 285. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 286. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 287. | | | | | Sold | 10/02/17 | K | A | |
| 288. DEXCOM INC | | None | | | Buy | 01/25/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. | | | | | Buy (add'l) | 03/02/17 | J | | |
| 290. | | | | | Buy (add'l) | 03/16/17 | J | | |
| 291. | | | | | Buy (add'l) | 03/31/17 | J | | |
| 292. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 293. | | | | | Buy (add'l) | 05/08/17 | J | | |
| 294. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 295. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 296. | | | | | Sold | 07/13/17 | K | A | |
| 297. INTEL CORP | | None | | | Buy | 05/22/17 | J | | |
| 298. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 299. | | | | | Sold | 06/27/17 | J | A | |
| 300. TESLA | | None | | | Buy | 06/20/17 | J | | |
| 301. | | | | | Sold | 07/20/17 | J | A | |
| 302. MATCH GROUP INC | | None | | | Buy | 09/21/17 | J | | |
| 303. | | | | | Sold | 10/10/17 | J | A | |
| 304. OLLIES BARGAIN OUTLET HOLDINGS LLC | | None | | | Buy | 07/03/17 | J | | |
| 305. | | | | | Buy (add'l) | 08/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306. | | | | | Sold (part) | 10/10/17 | J | A | |
| 307. | | | | | Sold (part) | 10/30/17 | J | A | |
| 308. | | | | | Sold | 10/31/17 | J | A | |
| 309. SQUARE INC CLA | | None | | | Buy | 06/28/17 | J | | |
| 310. | | | | | Sold | 08/02/17 | J | A | |
| 311. | | | | | Buy | 09/29/17 | J | | |
| 312. | | | | | Sold | 12/01/17 | J | B | |
| 313. INTUITIVE SURGICAL | | None | | | Buy | 01/25/17 | J | | |
| 314. | | | | | Buy (add'l) | 03/16/17 | J | | |
| 315. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 316. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 317. | | | | | Sold | 07/13/17 | K | D | |
| 318. WYETH CORP BOND | C | Interest | | | Sold | 03/16/17 | M | A | |
| 319. JOHNSON &JOHNSON BOND | D | Interest | M | T | | | | | |
| 320. AIR PRODUCTS & CHEMICALS BOND | B | Interest | | | Matured | 10/13/17 | L | A | |
| 321. SNAP-ON INC. BOND | C | Interest | | | Sold | 06/08/17 | M | A | |
| 322. GE CAPITAL CORP BOND | B | Interest | | | Matured | 04/27/17 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 323. PEPSICO INC BOND | B | Interest | | | Sold | 05/30/17 | N | A | |
| 324. JOHN DEERE CAP CORP BOND | B | Interest | | | Matured | 10/10/17 | L | A | |
| 325. COSTCO WHOLESALE CORP BOND | A | Interest | | | Sold | 06/15/17 | L | A | |
| 326. COCA COLA CO BOND | A | Interest | L | T | | | | | |
| 327. UNITED PARCEL SERVICE BOND | B | Interest | | | Matured | 10/02/17 | M | A | |
| 328. COLGATE PALMOLIVE BOND | A | Interest | | | Matured | 01/13/17 | L | A | |
| 329. PFIZER INC BOND | A | Interest | | | Matured | 01/13/17 | L | A | |
| 330. CISCO SYSTEMS INC BOND | A | Interest | | | Matured | 03/03/17 | L | A | |
| 331. WAL-MART STORES INC BOND | B | Interest | | | Matured | 04/21/17 | N | A | |
| 332. APPLE INC BOND | A | Interest | | | Buy | 02/17/17 | M | | |
| 333. | | | | | Matured | 05/05/17 | L | A | |
| 334. FORD MOTOR CREDIT CO LLC BOND | B | Interest | | | Buy | 05/09/17 | N | | |
| 335. | | | | | Matured | 12/06/17 | M | A | |
| 336. INTEL CORP BOND | A | Interest | | | Buy | 10/24/17 | M | | |
| 337. | | | | | Matured | 12/15/17 | L | A | |
| 338. MICROSOFT CORP BOND | A | Interest | K | T | Buy | 09/14/17 | K | | |
| 339. AT&T INC BOND | A | Interest | L | T | Buy | 11/02/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 340. MCDONALDS CORP BOND | A | Interest | N | T | Buy | 10/24/17 | N | | |
| 341. TEXAS INSTRUMENTS INC BOND | A | Interest | L | T | Buy | 08/16/17 | M | | |
| 342. BERKSHIRE HATHAWAY INC BOND | A | Interest | K | T | Buy | 07/07/17 | K | | |
| 343. BERKSHIRE HATHAWAY INC BOND | A | Interest | M | T | Buy | 08/21/17 | M | | |
| 344. BORG WARNER INC BOND | A | Interest | L | T | Buy | 07/07/17 | L | | |
| 345. US TREASURY NOTES | A | Interest | M | T | Buy | 08/02/17 | M | | |
| 346. US TREASURY NOTES | A | Interest | | | Buy | 03/08/17 | L | | |
| 347. | | | | | Sold | 05/23/17 | L | A | |
| 348. US TREASURY NOTES | A | Interest | | | Buy | 03/15/17 | L | | |
| 349. | | | | | Sold | 05/22/17 | L | A | |
| 350. ARTSPACE, INC., BIRMINGHAM, MI | | None | | | Closed | 12/31/17 | J | A | |
| 351. MERCURY PLAZA SHOPPING CENTER-MI | | None | K | U | | | | | |
| 352. CG&A CENTRAL MALL-LAWTON, OK | A | Rent | J | U | | | | | |
| 353. CG&a CENTRAL MALL-LAWTON, OK | A | Interest | J | U | | | | | |
| 354. LPC INVESTMENTS, LLC | E | Interest | P1 | U | | | | | |
| 355. LPC INVESTMENTS, LLC | A | Dividend | P1 | U | | | | | |
| 356. LPC ENTERPRISES | | None | J | U | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 357. 260 E BROWN ST ASSOC-BIRMINGHAM, MI | C | Rent | J | U | | | | | |
| 358. 260 E BROWN ST ASSOC | C | Distribution | J | U | | | | | |
| 359. 260 E BROWN ST ASSOC | A | Interest | J | U | | | | | |
| 360. LEDFORD APTS-CHATANOOGA, TN | A | Rent | | | Closed | 12/31/17 | J | A | |
| 361. LEDFORD APTS-CHATANOOGA, TN | A | Distribution | | | Closed | 12/31/17 | J | A | |
| 362. MOUNTAIN CREEK-CHATANOOGA, TN | A | Rent | | | Closed | 12/31/17 | J | A | |
| 363. MOUNTAIN CREEK-CHATANOOGA, TN | F | Distribution | | | Closed | 12/31/17 | J | A | |
| 364. JACKSON OVERLAND-MS | A | Rent | J | U | | | | | |
| 365. BAMAR GROUP-NY | A | Rent | J | U | | | | | |
| 366. BAMAR GROUP | A | Interest | J | U | | | | | |
| 367. CHELSMFORD-MA | A | Rent | J | U | | | | | |
| 368. CHELSMFORD | D | Distribution | J | U | | | | | |
| 369. DALLAS GRP INVESTORS, LLC-TX | C | Distribution | J | U | | | | | |
| 370. DALLAS GRP INVESTORS-TX | A | Rent | J | U | | | | | |
| 371. GL PODS ASSOC LLC-MI | A | Rent | K | U | | | | | |
| 372. GL PODS ASSOC LLC-MI | B | Distribution | K | U | | | | | |
| 373. THE PICKLE RECIPE LLC-MI | A | Interest | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 374. ROCO MI INVESTORS LLC-MI | D | Rent | K | U | | | | | |
| 375. ROCO MI INVESTORS LLC-MI | A | Interest | K | U | | | | | |
| 376. ROCO MI INVESTORS LLC-MI | D | Distribution | K | U | | | | | |
| 377. ROCO KNOXVILLE POINTE LLC-DUNLAP, IL | A | Rent | K | U | Buy | 02/28/17 | K | | |
| 378. ROCO KNOXVILLE POINTE LLC-DUNLAP, IL | A | Interest | K | U | | | | | |
| 379. ROCO KNOXVILLE POINTE LLC-DUNLAP, IL | C | Distribution | K | U | | | | | |
| 380. ROCO QUAIL CREEK LLC-AMELIA, OH | A | Rent | L | U | Buy | 09/13/17 | K | | |
| 381. ROCO QUAIL CREEK LLC-AMELIA, OH | A | Interest | L | U | | | | | |
| 382. ROCO QUAIL CREEK LLC-AMELIA, OH | A | Distribution | L | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/07/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ AVERN L. COHN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544